**O. G. JONES v. STATE.**

No. 17747.

Court of Criminal Appeals of Texas.

May 29, 1935.

Hughes & Monroe, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of operating a lottery, and his punishment was assessed at a fine of $100.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Alzora HERRON v. STATE.**

No. 17743.

Court of Criminal Appeals of Texas.

June 5, 1935.

Virgil R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being ten years in the penitentiary.

Appellant has filed her affidavit with this court advising that she does not desire to further prosecute her appeal, and at her request same is ordered dismissed.

**Charlie HOPPER v. STATE.**

No. 17606.

Court of Criminal Appeals of Texas.

June 5, 1935.

Alex P. Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing narcotics; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.